# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| HEATHER HILL, et al. | ) CASE NO. 1:08CV2928 |
| Plaintiff(s), | ) |
| v. | ) |
| NICHOLAS MC MILLAN, | ) |
| Defendant(s). | ) **J U D G M E N T** |

The Court has filed its Order in the above-captioned matter. Accordingly, this matter is remanded to the Geauga County Court of Common Pleas for further adjudication.

IT IS SO ORDERED.

    S/Christopher A. Boyko
    HONORABLE CHRISTOPHER A. BOYKO
    UNITED STATES DISTRICT JUDGE

February 12, 2009